E. JEFFREY GRUBE (State Bar No. 167324)
CHASE W. ENSIGN (State Bar No.275035)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffgrube@paulhastings.com
chaseensign@paulhastings.com

Attorneys for Petitioner
YAHOO! INC.

MICHAEL L. TRACY (State Bar No. 237779)
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, California 92614
Telephone: (949) 260-9171
Facsimile: (866) 365-3051
mtracy@michaletracylaw.com

Attorney for Respondent
BRYAN IVERSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAHOO! INC., <br><br> Petitioner, <br><br> vs. <br><br> BRYAN IVERSEN, <br><br> Respondent. | CASE NO. C-11-03282 LHK <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

1       Whereas, the parties have resolved the underlying arbitration,

2

3       IT IS HEREBY STIPULATED AND AGREED between the parties, by and
4 through their undersigned counsel, Pursuant to Fed. R. Civ. P. Rule 41(a)(1) that this Action shall
5 be, and is, voluntarily DISMISSED WITH PREJUDICE, each party bearing their own costs and
6 attorneys' fees.

7

8 DATED: ~~December~~ January 26, ~~2011~~ 2012    PAUL HASTINGS LLP

9

10                                   By: _____
11                                         E. JEFFREY GRUBE

                                    Attorneys for Petitioner
12      January 19, 2012       YAHOO! INC.

13 DATED: ~~December_____, 2011~~    LAW OFFICES OF MICHAEL TRACY

14

15                                   By: _____
16                                       MICHAEL L. TRACY

17                                   Attorneys for Respondent
                                  BRYAN IVERSEN

18

19

20

21

22

23

24

25

26

27

28

Case No. C-11-03282 LHK                           STIPULATION AND ~~[PROPOSED]~~ ORDER
                                                     OF DISMISSAL WITH PREJUDICE

## ORDER

On the stipulation of the parties, and good cause appearing therefor,

**IT IS ORDERED** that the above-captioned action be and hereby is DISMISSED WITH PREJUDICE, EACH SIDE TO BEAR ITS OWN COSTS AND ATTORNEYS' FEES.

DATED: January 30, 2012

_____
HONORABLE LUCY H. KOH
Judge, United States District Court

LEGAL_US_W # 69981019.1