| | |
|---|---|
| 1 | E. JEFFREY GRUBE (State Bar No. 167324) |
| | CHASE W. ENSIGN (State Bar No.275035) |
| 2 | PAUL HASTINGS LLP |
| | 55 Second Street, 24th Floor |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 856-7000 |
| 4 | Facsimile: (415) 856-7100 |
| | jeffgrube@paulhastings.com |
| 5 | chaseensign@paulhastings.com |
| 6 | Attorneys for Petitioner |
| | YAHOO! INC. |
| 7 | |
| | MICHAEL L. TRACY (State Bar No. 237779) |
| 8 | LAW OFFICES OF MICHAEL TRACY |
| | 2030 Main Street, Suite 1300 |
| 9 | Irvine, California 92614 |
| | Telephone: (949) 260-9171 |
| 10 | Facsimile: (866) 365-3051 |
| | mtracy@michaletracylaw.com |
| 11 | |
| | Attorney for Respondent |
| 12 | BRYAN IVERSEN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| YAHOO! INC., | | CASE NO. C-11-03282 LHK |
| | Petitioner, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | | |
| BRYAN IVERSEN, | | |
| | Respondent. | |

Case No. C-11-03282 LHK

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

1  Whereas, the parties have resolved the underlying arbitration,

2

3  IT IS HEREBY STIPULATED AND AGREED between the parties, by and
4  through their undersigned counsel, Pursuant to Fed. R. Civ. P. Rule 41(a)(1) that this Action shall
5  be, and is, voluntarily DISMISSED WITH PREJUDICE, each party bearing their own costs and
6  attorneys' fees.

7

8  DATED: ~~December~~ January 26, ~~2011~~ 2012     PAUL HASTINGS LLP

9

10  By: _____
            E. JEFFREY GRUBE
11

12              January 19, 2012        Attorneys for Petitioner
                                        YAHOO! INC.
13  DATED: ~~December        , 2011~~   LAW OFFICES OF MICHAEL TRACY

14

15  By: _____
            MICHAEL L. TRACY
16

17  Attorneys for Respondent
    BRYAN IVERSEN

18

19

20

21

22

23

24

25

26

27

28

## ORDER

On the stipulation of the parties, and good cause appearing therefor,

**IT IS ORDERED** that the above-captioned action be and hereby is DISMISSED WITH PREJUDICE, EACH SIDE TO BEAR ITS OWN COSTS AND ATTORNEYS' FEES.

DATED: January 30, 2012

_____
HONORABLE LUCY H. KOH
Judge, United States District Court

LEGAL_US_W # 69981019.1